**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 2 0 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:15CR 35<br>JUDGE MHS/JDL |
| ANDRES GALLEGOS, aka "Pee Wee" | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 21 U.S.C. § 846
(Conspiracy to possess with intent to distribute and distribution of more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and other controlled substances)

From on or about July 1, 2014, the exact date being unknown to the United States Grand Jury, and continuing thereafter until at least the date of the return of this indictment, in the Eastern District of Texas, **Andres Gallegos, aka "Pee Wee,"** the defendant herein, did knowingly, intentionally and unlawfully, combine, conspire, confederate, and agree with others, both known and unknown to the United States Grand Jury, including, but not limited to, those individuals previously indicted in Cause No. 6:15CR25, to violate a law of the United States of America, to wit, 21 U.S.C. § 841(a)(1), prohibiting the possession with intent to distribute and distribution of more than 50 grams of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, as well as other controlled substances.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 21 U.S.C. § 853 & 28 U.S.C. §2461

As the result of committing the foregoing offense alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation;

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and/or;

3. any and all firearms, ammunition and accessories seized from the defendant, including but not limited to the following:

### U.S. CURRENCY:

$3,725.00 in U.S. currency

### CASH PROCEEDS

$10,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violation.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL

*BK*
_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

*Rich L. Moore*                   5-20-2015
_____    _____
RICHARD L. MOORE               Date
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas   75702
(903) 590-1400
(903) 590-1439 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:15CR_____ JUDGE_____ |
| ANDRES GALLEGOS, aka "Pee Wee" | § | |

## NOTICE OF PENALTY

Violation: 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute and distribution of more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance)

Penalty: Imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $4,000,000, or both. A term of supervised release of at least 4 years in addition to such term of imprisonment.

Special Assessment: $100.00